IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DORA OATMAN,<br><br>      Plaintiff,<br><br>  vs.<br><br>INFOCISION, INC., et al.,<br><br>      Defendants. | Case No. 12-cv-02770<br><br>Judge James S. Gwin<br><br>Magistrate Judge Greg White<br><br>**MOTION FOR ADMISSION OF ERROL COPILEVITZ *PRO HAC VICE*.** |

  Pursuant to Local Rule 83.5(h), Brett A. Wall, attorney for Defendants InfoCision, Inc. and InfoCision Management Corporation, moves this Court to admit Errol Copilevitz *pro hac vice* to appear and participate as counsel in this case for defendants.

  Mr. Copilevitz is a member in good standing of the highest court of the state of Missouri, effective May 4, 1968. Attached as Exhibit A is a sworn affidavit attesting to Mr. Copilevitz's good standing. Mr. Copilevitz is also a member in good standing of the bars of the United States Supreme Court, the United States Courts of Appeals for the Eighth, Fifth, Fourth, Third, Second, and First Circuits, and the Western District of Missouri. Mr. Copilevitz has never been disbarred or suspended from the practice of law or received any reprimand from any court pertaining to conduct or fitness as a member of the bar. The required admission fee of $100 is being paid via credit card. Mr. Copilevitz will register for electronic filing with this Court upon the granting of this Motion.

  Mr. Copilevitz's relevant identifying information is as follows:

| | |
|---|---|
| Business Telephone: | 816.472.9000 |
| Business Fax: | 816.472.5000 |
| Business Address: | Copilevitz & Canter, LLC |
| | 310 W. 20th St., Suite 300 |
| | Kansas City, MO 64108 |
| Business E-mail: | ec@cckc-law.com |
| Missouri Bar Reg. No.: | 21746 |

Also attached as Exhibit B is a certificate of good standing for Mr. Copilevitz with the Supreme Court of Missouri.

Dated: December 7, 2012          Respectfully submitted,

/s/ *Brett A. Wall*
Brett A. Wall (0070277)
bwall@bakerlaw.com
Terry M. Brennan (0065568)
tbrennan@bakerlaw.com
Michael D. Meuti (0087233)
mmeuti@bakerlaw.com
David A. Carney (0079824)
dcarney@bakerlaw.com
Baker & Hostetler LLP
PNC Center 1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

*Attorneys for Defendants Infocision, Inc. and Infocision Management Corporation, A/K/A IMC*

## CERTIFICATE OF SERVICE

I certify that on the 7th day of December, 2012, the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ *Brett A. Wall*
An Attorney for InfoCision