# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| DORA OATMAN, ) | Case No. 12-cv-02770 |
|     Plaintiff, ) |  |
| v. ) | Judge James S. Gwin |
| ) |  |
| INFOCISION, INC., et al., ) | Magistrate Judge Greg White |
|     Defendants. ) |  |

## MOTION FOR ADMISSION PRO HAC VICE

Class members/Objectors Mary Horner and Veronica Batman hereby move for the admission of attorney John J Pentz *pro hac vice* in this matter. In support of this motion, Objectors rely on the Declaration of John J Pentz submitted herewith. Simultaneous with the filing of this motion Objectors have tendered a check in the amount of $120 to the Clerk of Court.

Respectfully submitted,
Mary Horner and Veronica Batman ,
By their attorney,

*/s/ Sam Cannata*
Sam Cannata
30799 Pinetree Rd., #254
Pepper Pike, Ohio 44124
(216) 214-0796

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ND OH on March 14, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

               */s/ Sam Cannata*
               Sam Cannata