**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DORA OATMAN, | ) | Case No. 12-cv-02770 |
| Plaintiff, | ) | |
| v. | ) | Judge James S. Gwin |
| | ) | |
| INFOCISION, INC., et al., | ) | Magistrate Judge Greg White |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Veronica Batman hereby withdraws her objection. She has not received anything in consideration for this withdrawal.

Respectfully submitted,
Veronica Batman,
By her attorney,

*/s/ Sam Cannata*
Sam P. Cannata, Esq.
30799 Pinetree Rd., #254
Pepper Pike, Ohio 44124
(216) 214-0796

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ND OH on March 26, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ Sam Cannata*
Sam Cannata