# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DORA OATMAN, ) | Case No. 12-cv-02770 |
| Plaintiff, ) | |
| v. ) | Judge James S. Gwin |
| ) | |
| INFOCISION, INC., et al., ) | Magistrate Judge Greg White |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Mary Horner hereby withdraws her objection. She has not received anything in consideration for this withdrawal.

> Respectfully submitted,
> Mary Horner,
> By her attorney,
>
> */s/ Sam Cannata*
> Sam P. Cannata, Esq.
> 30799 Pinetree Rd., #254
> Pepper Pike, Ohio 44124
> (216) 214-0796

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ND OH on March 26, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

> */s/ Sam Cannata*
> Sam Cannata